**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   15-cv-01872-LTB-KMT

TRAVIS GRIFFIN,

       Plaintiff,

v.

PREMIUM ASSET SERVICES, LLC,

       Defendant.
_____

**ORDER**
_____

       This matter is before the Court on Plaintiff's Motion for Default Judgment (Doc 6). Upon review of the motion and file herein, the Court finds as follows:

       1.     On August 31, 2015, Plaintiff commenced this action to enforce the Federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

       2.     On September 2, 2015, Plaintiff served the Debt Collector with the summons, complaint, and civil cover sheet. Accordingly, the Debt Collector was required to answer or otherwise respond to the complaint on or before September 23, 2015.

       3.     The Debt Collector failed to answer or otherwise respond to the complaint in the time provided by the Federal Rules of Civil Procedure, and indicated its intent to be bound by any judgment entered in this matter. On September 29, 2015, the Clerk entered default against the Debt Collector.

4. The Debt Collector violated the FDCPA's requirement that a debt collector disclose that a communication is from a debt collector. 15 U.S.C. § 1692e(11). The Debt Collector left a message on Plaintiff's voice mail claiming to be from Howard Heinsl's office. In the Message, the Debt Collector did not disclose that it was a debt collector.

Accordingly,

IT IS ORDERED that default judgment is entered against Defendant Premium Asset Services, LLC for actual and statutory damages in an amount to be determined by the Court, together with costs in the amount of $450.00, and attorney fees in the amount to be determined by the Court upon separate motion.

BY THE COURT:

  s/Lewis T. Babcock  
Lewis T. Babcock, Judge

DATED:   October 19, 2015